# STATE OF NORTH CAROLINA

JACKSON County

**File No.** _____

In The General Court Of Justice
District Court Division

IN THE MATTER OF:

Name And Address Of Respondent
JENNIFER ANN LONGO
131 RABBIT EARS PT
APT 1135
CULLOWHEE    NC    28723

## FINDINGS AND CUSTODY ORDER
## INVOLUNTARY COMMITMENT
(PETITIONER APPEARS BEFORE MAGISTRATE OR CLERK)

G.S. 122C-252, -261, -263, -281, -283

| Social Security No. Of Respondent | Date Of Birth 05/30/1993 | Drivers License No. Of Respondent | State |

### I. FINDINGS

The Court finds from the petition in the above matter that there are reasonable grounds to believe that the facts alleged in the petition are true and that the respondent is probably:
(Check all that apply)

☒ 1. mentally ill and dangerous to self or others or mentally ill and in need of treatment in order to prevent further disability or deterioration that would predictably result in dangerousness.
  ☐ In addition to being mentally ill, the respondent probably is also mentally retarded. (If this finding is made, see G.S. 122C-261(b) and (d) for special instructions.)
☐ 2. a substance abuser and dangerous to self or others.

### II. CUSTODY ORDER

**TO ANY LAW ENFORCEMENT OFFICER:**
The Court ORDERS you to take the above named respondent into custody WITHIN 24 HOURS AFTER THIS ORDER IS SIGNED and take the respondent for examination by a person authorized by law to conduct the examination. (A COPY OF THE EXAMINER'S FINDINGS SHALL BE TRANSMITTED TO THE CLERK OF SUPERIOR COURT IMMEDIATELY.)

➤ IF the examiner finds that the respondent IS NOT a proper subject for involuntary commitment, then you shall take the respondent home or to a consenting person's home in the originating county and release him/her.
➤ IF the examiner finds that the respondent IS mentally ill and a proper subject for outpatient commitment, then you shall take the respondent home or to a consenting person's home in the originating county and release him/her.
➤ IF the examiner finds that the respondent IS mentally ill and a proper subject for inpatient commitment, then you shall transport the respondent to a 24-hour facility designated by the State for the custody and treatment of involuntary clients and present the respondent for custody, examination and treatment pending a district court hearing.
➤ IF the examiner finds that the respondent IS a substance abuser and subject to involuntary commitment, the examiner must recommend whether the respondent be taken to a 24-hour facility or released, and then you shall either release him/her or transport the respondent to a 24-hour facility designated by the State for the custody and treatment of involuntary clients and present the respondent for custody, examination and treatment pending a district court hearing.

| Date 03/02/2018 | Time 9:37 ☒ AM ☐ PM | Signature _____ | ☐ Deputy CSC ☐ CSC ☐ Assistant CSC ☒ Magistrate |

This Order is valid throughout the State. If the respondent is taken into custody, this Order is valid for seven (7) days from the date and time of issuance.

### III RETURN OF SERVICE
### A. CUSTODY CERTIFICATION

☐ Respondent WAS NOT taken into custody for the following reason:

☐ I certify that this Order was received and respondent served and taken into custody as follows:

| Date Respondent Taken Into Custody | Time ☐ AM ☐ PM |
| Name Of Law Enforcement Officer (Type Or Print) | Signature Of Law Enforcement Officer |
| Name Of Law Enforcement Agency | Badge No. Of Officer |

**NOTE TO LAW ENFORCEMENT OFFICER:** If respondent is not taken into custody within 24 hours after this Order is signed, check the appropriate box above and return to the Clerk of Superior Court immediately. If respondent is served and taken into custody, complete return of service on the reverse. When taking respondent into custody you must inform him or her that he or she is not under arrest and has not committed a crime, but is being transported to receive treatment and for his or her own safety and that of others.

Original-File  Copy-24-Hour Facility  Copy-Special Counsel  Copy-Attorney General
(Over)

AOC-SP-302A, New 11/12
© 2012 Administrative Office of the Courts