| | |
|---|---|
| **From:** | Brad Ferguson <bradhferguson@gmail.com> |
| **Sent:** | Wednesday, January 27, 2021 11:10 AM |
| **To:** | Padget, Zach |
| **Subject:** | Longo v. WCU |

I wasn't aware a response was required. If you don't object I'll file one today. Thanks

Brad Ferguson

Sent from my iPhone

Exhibit A