IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CV 182 MR WCM

| | |
|---|---|
| JENNIFER LONGO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | ORDER |
| ) | |
| ELIZABETH ASPINWALL, ) | |
| *individually and in her official capacity* ) | |
| *as an employee of Western Carolina* ) | |
| *University*, and WESTERN CAROLINA ) | |
| UNIVERSITY ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on Plaintiff's Response (Doc. 18) to the Court's Order to Show Cause (Doc. 17) and Defendant's Reply (Doc. 19).

While Plaintiff's counsel is responsible for knowing the applicable procedural rules, in light of the personal health issues Plaintiff's counsel has experienced and considering the general policy that cases should be decided on their merits, the Court, in its discretion, will allow Plaintiff to file a response to the Motion to Dismiss Plaintiff's Amended Complaint out of time (Doc. 15).

Plaintiff's response shall be filed no later than February 12, 2021.

It is so ordered.

Signed: February 4, 2021

*[signature]*

W. Carleton Metcalf
United States Magistrate Judge