IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAOLINA
ASHEVILLE DIVISION
Case No.: 1:20-CV-182

| | |
|---|---|
| **JENNIFER LONGO,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**ELIZABETH ASPINWALL,** )<br>**Individually and in her official capacity** )<br>**as an employee of Western Carolina** )<br>**University, and WESTERN CAROLINA** )<br>**UNIVERSITY,** )<br>)<br>Defendants. )<br>_____) | **RESPONSE TO DEFENDANTS'**<br>**MOTION TO DISMISS**<br>**PLAINTIFF'S AMENDED**<br>**COMPLAINT** |

NOW COMES Plaintiff, pursuant to Federal Rules of Civil Procedure 12(b)(1), (2), and (6), and respectfully move the Court deny Defendants' Motion to Dismiss Plaintiff's Amended Complaint for lack of subject matter jurisdiction, lack of personal jurisdiction, failure to state a claim upon which relief can be granted, and sovereign immunity. For the reasons set forth more fully in Plaintiff's Memorandum of Law in Support of this Motion, Plaintiff respectfully moves that the Court deny Defendants' Motion to Dismiss Plaintiff's Amended Complaint.

Respectfully submitted this the 12th of February, 2021.

/s/Brad H. Ferguson
Brad H. Ferguson
Attorney for Plaintiff
1878 Camp Branch Road
Waynesville, N.C. 28786
T: (828) 452-1655
F: (828) 356-6517
E: bradhferguson@gmail.com
N.C. Bar # 33256

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to Zach Padget, zpadget@ncdoj.gov.

Zach Padget
Assistant Attorney General
NC Department of Justice
PO Box 629
Raleigh, NC 27602

This the 12th day of February, 2021.

    /s/ Brad H. Ferguson
Brad H. Ferguson
1878 Camp Branch Road
Waynesville, NC 28786
Tel: (828) 452-1655
Fax: (828) 356-6517
Email: bradhferguson@gmail.com